IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CLR TIMBER HOLDINGS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-501C (Judge Susan G. Braden) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Richard P. Schroeder as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Richard P. Schroeder
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention Classification Unit
8th Floor, "L" Street Bldg.

Dated: May 27, 2004

s/Richard P. Schroeder
Richard P. Schroeder
Attorney
Commercial Litigation Branch
Civil Division
(202) 353-7961
Fax# (202) 353-7988

# Certificate of Filing

I hereby certify that on May 27, 2004, a copy of foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder