# In the United States Court of Federal Claims

**No. 04-501C**

**(Filed May 27, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CLR TIMBER HOLDINGS, INC.,** *
*
Plaintiff, *
*
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * ** * * * *

---

**ORDER REMOVING CASE**
**FROM ELECTRONIC FILING SYSTEM**

---

On May 26, 2004, an order was issued granting Plaintiff's motion to consolidate this case with Blue Lake Forest Products, Inc. v. United States, No. 04-570C and Timber Products CO. v. United States, No. 01-627C. Because neither Blue Lake nor Timber Products are electronic cases in the Court's case management/electronic case filing (CM/ECF) system, for ease of administration the Court removes this case from the CM/ECF system. The parties are directed to submit all future filings in this action in the traditional manner in accordance with the Rules of the Court of Federal Claims rather than electronically.

The Clerk of the Court is directed to remove this case from the CM/ECF system.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**